# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:09cv42

| | | |
|---|---|---|
| MAUREEN MURPHY LACKEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| COUNTY OF MACON; and MACON | ) | |
| COUNTY SHERIFF DEPARTMENT, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

**THIS MATTER** is before the court in accordance with 28, United States Code, Section 636(c).  See Docket Entry #4.  On August 6, 2009, defendants filed their Motion to Dismiss.  Plaintiff, who is proceeding *pro se,* was advised on August 7, 2009, of the nature of defendants' motion, her obligation of responding to such motion, and of the deadline for such response.  See Roseboro Order, Docket Entry # 3.  On August 26, 2009, plaintiff filed a response which was deemed timely *nunc pro tunc* by Order entered August 28, 2009. See Order, Docket Entry # 7.  No Reply was filed by defendants, which was unusual, leading the court to determine that plaintiff's Response was filed under seal in error inasmuch as defendants did not have access to that document.  Such error has now been corrected and an ECF generated

providing access to such document to all parties. Counsel for defendants will, therefore, be allowed additional time to file defendants' reply.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendants are **ALLOWED** up to and inclusive of October 16, 2009, to file their Reply.

Signed: September 25, 2009

Dennis L. Howell
United States Magistrate Judge